UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Reginald D. Neal</u>
                                        Civil No. 15-cv-136-JL
    v.

<u>FCI Berlin, Warden</u>


<u>O R D E R</u>

   No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 6, 2016.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).


     SO ORDERED.

                                        _____
                                        Joseph N. Laplante
                                        Chief Judge

Date: July 18, 2016

cc:   Reginal D. Neal, pro se
      Seth Aframe, AUSA